# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEAN M. BREAUX,

    Plaintiff,

v.                                                                            Case No. 6:21-cv-695-RBD-EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation (Doc. 28 ("R&R")) submitting that the Court should affirm the Commissioner's decision (Doc. 27). The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 28) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     The Commissioner's decision (Doc. 27) is **AFFIRMED**.

3.     The Clerk is **DIRECTED** to enter judgment in favor of the

Commissioner and against Plaintiff and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 7, 2023.

ROY B. DALTON JR.
United States District Judge